UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BEATA KUREK AND CHRISTIAN KUREK,<br><br>Plaintiffs,<br>vs<br><br>COUNTRYWIDE HOME LOANS, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; RECONTRUST COMPANY; ANNA KASIA WODKOWSKA; IZT MORTGAGE INC. (DBA AMERITECH MORTGAGE) and DOES 1 through 30, inclusive,<br><br>Defendants. | Case No: C-09-4307 SBA<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND DENYING REQUEST TO MODIFY THE COURT'S CURRENT SCHEDULING ORDER** |

Presently before the Court is the parties' Stipulation and Proposed Order to Postpone Case Management Conference, the stipulation seeks a continuance of the case management conference and modification of the Court's current scheduling order. The bases of the parties' request is that the "case is not yet at issue and thus, discovery, ADR process selection and other deadlines may be premature." Pursuant to Federal Rule of Civil Procedure 16(b)(4), the Court finds the parties have failed to show good cause.

Accordingly,

IT IS HEREBY ORDERED THAT:

(1) The Case Management Conference currently scheduled for January 6, 2010 shall be CONTINUED to **February 10, 2010 at 3:15 p.m.** The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order For All Judges Of The Northern

District Of California and the Standing Order of this Court. Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

(2) The parties' request to modify all other dates of the Court's current scheduling order is DENIED.

IT IS SO ORDERED.

Dated: 1/11/10

SAUNDRA BROWN ARMSTRONG
United States District Judge