**BRYAN CAVE LLP**
Stuart W. Price, California Bar No. 125918
3161 Michelson Drive, Suite 1500
Irvine, California 92612-4414
Telephone: (949) 223-7000
Facsimile: (949) 223-7100
Email: swprice@bryancave.com

**BRYAN CAVE LLP**
Stephanie A. Blazewicz, California Bar No. 240359
Two Embarcadero Center, Suite 1410
San Francisco, CA 94111
Telephone: (415) 675-3400
Facsimile: (415) 675-3434
Email: stephanie.blazewicz@bryancave.com

Attorneys for Defendants
BAC HOME LOANS SERVICING, L.P.
(erroneously sued as COUNTRYWIDE HOME LOANS, INC.);
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS,
INC.; RECONTRUST COMPANY, N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATA KUREK and CHRISTIAN KUREK,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTRYWIDE HOME LOANS, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; RECONTRUST COMPANY; ANNA KASIA WODKOWSKA; IZT MORTGAGE, INC. (DBA AMERITECH MORTGAGE) and DOES 1 through 30, inclusive,<br><br>Defendants. | CASE NO.: CV 09-04307 BZ<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO COMPLETE MEDIATION** |

SF/19897.1

| | |
|---|---|
| 1 | This Stipulation is entered into by Plaintiffs BEATA AND CHRISTIAN KUREK |
| 2 | ("Plaintiffs") and Defendants COUNTRYWIDE HOME LOANS, INC., MORTGAGE |
| 3 | ELECTRONIC REGISTRATION SYSTEMS, INC., RECONTRUST COMPANY, N.A., ANNA |
| 4 | WODKOWSKA, AND IZT MORTGAGE, INC. (collectively, "Defendants"). |

WHEREAS, on February 10, 2010, this Court referred this case to mediation;

WHEREAS, on March 5, 2010, the ADR unit appointed Barbara Cray as mediator;

WHEREAS, on May 15, 2010, the parties scheduled mediation for August 20, 2010;

WHEREAS, on June 30, 2010, defendants Countrywide Home Loans, Inc., Mortgage Electronic Registration Systems, Inc., and ReconTrust Company, N.A., substituted in new counsel;

WHEREAS, on July 26, 2010, the Court ruled on the motions to dismiss filed by defendants Anna Wodkowska, Countrywide Home Loans, Inc., Mortgage Electronic Registration Systems, Inc., and ReconTrust Company, N.A.;

WHEREAS, Plaintiffs and Defendants agree that the parties must conduct discovery in order to conduct an effective mediation;

WHEREAS, due to the substitution of counsel, the recent ruling on the motions to dismiss, the necessity of discovery, and the availability of counsel, Plaintiffs and Defendants agree that they need additional time to schedule and complete mediation;

NOW, THEREFORE, Plaintiffs and Defendants desire and hereby **STIPULATE** that Plaintiffs and Defendants shall have until, and including, October 20, 2010 to complete mediation.

**IT IS SO STIPULATED.**

Dated: August 3, 2010				**LAW OFFICES OF OXANA V. KOXLOV**

By:	/s/ Oxana V. Kozlov
	Oxana V. Kozlov
	Attorney for Plaintiffs
	BEATA KUREK and CHRISTIAN KUREK

| | | |
|---|---|---|
| 1 | Dated: August 16, 2010 | **BRYAN CAVE LLP** |
| 2 | | |
| 3 | | By: /s/ Stephanie A. Blazewicz |
| 4 | | Stephanie A. Blazewicz<br>Attorneys for Defendants |
| 5 | | BAC HOME LOANS SERVICING, L.P.<br>(erroneously sued as COUNTRYWIDE HOME |
| 6 | | LOANS, INC.); MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEMS, INC.; RECONTRUST |
| 7 | | COMPANY, N.A. |
| 8 | | |
| 9 | Dated: August 3, 2010 | **ROPERS, MAJESKI, KOHN & BENTLEY** |
| 10 | | |
| 11 | | By: /s/ Todd J. Wenzel |
| 12 | | Todd J. Wenzel<br>Attorney for Defendant<br>ANNA KASIA WODKOWSKA |
| 13 | | |
| 14 | Dated: August 9, 2010 | **CLAPP MORONEY BELLAGAMBA & VUCINICH** |
| 15 | | |
| 16 | | By: /s/ Joseph W. Strella |
| 17 | | Joseph W. Strella<br>Attorney for Defendant |
| 18 | | IZT MORTGAGE, INC. (dba AMERITECH MORTGAGE) |

I, Stephanie A. Blazewicz, attest that the content of this document is acceptable to all persons required to sign the document.

/s/ Stephanie A. Blazewicz

SF/19897.1

3

STIPULATION TO EXTEND MEDIATION DEADLINE                                      CV-09-04307-BZ

**[PROPOSED] ORDER**

Having reviewed the stipulation of Plaintiffs BEATA AND CHRISTIAN KUREK ("Plaintiffs") and Defendants Countrywide Home Loans, Inc., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., RECONTRUST COMPANY, N.A., ANNA WODKOWSKA, and IZT MORTGAGE, INC. (collectively, "Defendants"), and good cause appearing,

**IT IS HEREBY ORDERED THAT** Plaintiffs and Defendants shall have until, and including, October 20, 2010 to complete mediation.

Dated: August 17, 2010

_____
Magistrate Judge Bernard Zimmerman
United States District Court
Northern District of California