| | |
|---|---|
| 1<br>2<br>3<br>4 | **BRYAN CAVE LLP**<br>Stuart W. Price, California Bar No. 125918<br>3161 Michelson Drive, Suite 1500<br>Irvine, California 92612-4414<br>Telephone: (949) 223-7000<br>Facsimile: (949) 223-7100<br>Email: swprice@bryancave.com |
| 5<br>6<br>7<br>8 | **BRYAN CAVE LLP**<br>Stephanie A. Blazewicz, California Bar No. 240359<br>Two Embarcadero Center, Suite 1410<br>San Francisco, CA 94111<br>Telephone: (415) 675-3400<br>Facsimile: (415) 675-3434<br>Email: stephanie.blazewicz@bryancave.com |
| 9<br>10<br>11<br>12 | Attorneys for Defendants<br>BAC HOME LOANS SERVICING, L.P.<br>(erroneously sued as COUNTRYWIDE HOME LOANS, INC.);<br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS,<br>INC.; RECONTRUST COMPANY, N.A. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATA KUREK and CHRISTIAN KUREK,<br><br>        Plaintiffs,<br><br>    v.<br><br>COUNTRYWIDE HOME LOANS, INC.;<br>MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEMS, INC.;<br>RECONTRUST COMPANY; ANNA KASIA<br>WODKOWSKA; IZT MORTGAGE, INC.<br>(DBA AMERITECH MORTGAGE) and<br>DOES 1 through 30, inclusive,<br><br>        Defendants. | CASE NO.: CV 09-04307 BZ<br><br>**STIPULATION AND [PROPOSED]<br>ORDER TO CONTINUE TRIAL AND<br>RELATED PRETRIAL DATES** |

SF/19900.1

STIPULATION TO CONTINUE TRIAL  CV-09-04307-BZ

| | | |
|---|---|---|
| 1 | This Stipulation is entered into by Plaintiffs BEATA AND CHRISTIAN KUREK | |
| 2 | ("Plaintiffs") and Defendants COUNTRYWIDE HOME LOANS, INC., MORTGAGE | |
| 3 | ELECTRONIC REGISTRATION SYSTEMS, INC., RECONTRUST COMPANY, N.A., ANNA | |
| 4 | WODKOWSKA, AND IZT MORTGAGE, INC. (collectively, "Defendants"). | |

WHEREAS, on March 17, 2010, this Court issued an Order Scheduling Jury Trial and Other Matters, which set the following pretrial schedule:

| | |
|---|---|
| Trial Date: | Monday, February 7, 2011 |
| Pretrial Conference: | Tuesday, January 18, 2011 at 4:00 p.m. |
| Last Day to Hear Dispositive Motions: | Wednesday, December 15, 2010 |
| Last Day for Expert Discovery: | Friday, November 5, 2010 |
| Last Day for Rebuttal Expert Disclosure: | Friday, October 29, 2010 |
| Last Day for Expert Disclosure: | Friday, October 22, 2010 |
| Close of Non-Expert Discovery: | Friday, October 15, 2010 |

WHEREAS, on April 1, 2010, defendant Anna Wodkowska filed a Motion to Dismiss the First Amended Complaint;

WHEREAS, on May 19, 2010, the Court granted the Motion to Dismiss filed by defendant Anna Wodkowska;

WHEREAS, on June 7, 2010, Plaintiffs filed a Second Amended Complaint;

WHEREAS, on June 11, defendants Countrywide Home Loans, Inc., Mortgage Electronic Registration Systems, Inc., and ReconTrust Company, N.A., filed a Motion to Dismiss the Second Amended Complaint;

WHEREAS, on June 21, 2010, defendant Anna Wodkowska filed a Motion to Dismiss the Second Amended Complaint;

WHEREAS, on June 30, 2010, defendants Countrywide Home Loans, Inc., Mortgage Electronic Registration Systems, Inc., and ReconTrust Company, N.A., substituted in new counsel;

WHEREAS, on July 26, 2010, the Court ruled on the motions to dismiss filed by defendants Anna Wodkowska, Countrywide Home Loans, Inc., Mortgage Electronic Registration Systems, Inc., and ReconTrust Company, N.A.;

1     WHEREAS, the parties have scheduled mediation for October 20, 2010;

    WHEREAS, due to the substitution of counsel, the recent ruling on the motions to dismiss, the necessity of discovery, the continuance of mediation, and the availability of counsel, Plaintiffs and Defendants agree that they need additional time to conduct discovery and prepare for trial;

    NOW, THEREFORE, Plaintiffs and Defendants desire and hereby **STIPULATE** to the following trial date and pretrial schedule:

| | |
|---|---|
| Trial Date: | Monday, June 13, 2011 |
| Pretrial Conference: | Tuesday, May 24, 2011 at 4:00 p.m. |
| Last Day to Hear Dispositive Motions: | Wednesday, April 20, 2010 |
| Last Day for Expert Discovery: | Friday, March 11, 2011 |
| Last Day for Rebuttal Expert Disclosure: | Friday, March 4, 2011 |
| Last Day for Expert Disclosure: | Friday, February 25, 2011 |
| Close of Non-Expert Discovery: | Friday, February 18, 2010 |

**IT IS SO STIPULATED.**

Dated: August 3, 2010      **LAW OFFICES OF OXANA V. KOXLOV**

By:   /s/ Oxana V. Kozlov
    Oxana V. Kozlov
    Attorney for Plaintiffs
    BEATA KUREK and CHRISTIAN KUREK

Dated: August 16, 2010      **BRYAN CAVE LLP**

By:  /s/ Stephanie A. Blazewicz
    Stephanie A. Blazewicz
Attorneys for Defendants
BAC HOME LOANS SERVICING, L.P.
(erroneously sued as COUNTRYWIDE HOME LOANS, INC.); MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; RECONTRUST COMPANY, N.A.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: August 3, 2010 | **ROPERS, MAJESKI, KOHN & BENTLEY** |
| 3 | | |
| 4 | | By: /s/ Todd J. Wenzel |
| 5 | | Todd J. Wenzel<br>Attorney for Defendant<br>ANNA KASIA WODKOWSKA |

Dated: August 3, 2010   **ROPERS, MAJESKI, KOHN & BENTLEY**

By:  /s/ Todd J. Wenzel
     Todd J. Wenzel
     Attorney for Defendant
     ANNA KASIA WODKOWSKA

Dated: August 9, 2010   **CLAPP MORONEY BELLAGAMBA & VUCINICH**

By:  /s/ Joseph W. Strella
     Joseph W. Strella
     Attorney for Defendant
     IZT MORTGAGE, INC. (dba AMERITECH MORTGAGE)

I, Stephanie A. Blazewicz, attest that the content of this document is acceptable to all persons required to sign the document.

 /s/ Stephanie A. Blazewicz
Stephanie A. Blazewicz

**[~~PROPOSED~~] ORDER**

Having reviewed the stipulation of Plaintiffs BEATA AND CHRISTIAN KUREK ("Plaintiffs") and Defendants Countrywide Home Loans, Inc., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., RECONTRUST COMPANY, N.A., ANNA WODKOWSKA, and IZT MORTGAGE, INC. (collectively, "Defendants"), and good cause appearing,

**IT IS HEREBY ORDERED THAT** the February 7, 2011 trial date is continued until June 13, 2011. The pretrial schedule shall be as follows:

| | |
|---|---|
| Trial Date: | Monday, June 13, 2011 |
| Pretrial Conference: | Tuesday, May 24, 2011 at 4:00 p.m. |
| Last Day to Hear Dispositive Motions: | Wednesday, April 20, 2010 |
| Last Day for Expert Discovery: | Friday, March 11, 2011 |
| Last Day for Rebuttal Expert Disclosure: | Friday, March 4, 2011 |
| Last Day for Expert Disclosure: | Friday, February 25, 2011 |
| Close of Non-Expert Discovery: | Friday, February 18, 2010 |

**IT IS FURTHER ORDERED THAT** all other orders and deadlines in this Court's March 17, 2010 Order Scheduling Jury Trial and Other Matters remain in effect.

Dated: August 18, 2010

_____
Magistrate Judge Bernard Zimmerman
United States District Court
Northern District of California

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — DENIED — Judge Bernard Zimmerman]*

SF/19900.1

~~STIPULATION TO CONTINUE~~ TRIAL          CV-09-04307-BZ