Kurek et al v. Countrywide Home Loans, Inc. et al                                                                           Doc. 69

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KUREK ET AL

        Plaintiff(s),

v.

COUNTRYWIDE HOME LOANS, INC. ET AL

        Defendant(s).

No. 09-04307 BZ (EDL)

ORDER EXCUSING ATTENDANCE
AT SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL AND PARTIES OF RECORD:

By letter dated October 14, 2010, Mr. McKown, representative of Defendant BAC Home Loan Servicing, requested to be excused from personally appearing at the settlement conference scheduled for October 28, 2010. No opposition was filed by any party.

Upon consideration of the request, the Court finds good cause for excusing personal attendance. Therefore, it is hereby ORDERED that Mr. McKown be available by telephone from 9:30 a.m. Pacific Standard Time until further notice on October 28, 2010.

If the Court concludes that the absence of Mr. McKown is interfering with the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party including Mr. McKown.

SO ORDERED.

Dated: October 18, 2010

                                               ELIZABETH D. LAPORTE
                                               United States Magistrate Judge

Dockets.Justia.com