UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEATA KUREK and CHRISTIAN )
KUREK, )
             )
        Plaintiff(s), )   No. C 09-4307 BZ
             )
  v. )   **ORDER SETTING**
             )   **TELEPHONIC CONFERENCE**
COUNTRYWIDE HOME LOANS, )
INC., et al., )
             )
        Defendant(s). )
             )
             )

**IT IS ORDERED** that defendants' motions to compel (Docket Nos. 74 and 78) are taken off calendar for failing to comply with my previous order dated March 17, 2010 (Docket No. 33). This order required parties to "participate in a telephone conference with the Court before filing any discovery motions or other papers."

**PLEASE TAKE NOTICE** that a telephonic conference is scheduled for **Thursday, October 28, 2010 at 9:00 a.m.** to discuss the discovery issues raised by defendants' October 21, 2010 letter. Defendants shall get plaintiff on the line and call chambers at **415-522-4093**.

Dated: October 25, 2010

                                  Bernard Zimmerman
                          United States Magistrate Judge

G:\BZALL\-BZCASES\KUREK V. COUNTRYWIDE\SETTING TELEPHONE CONFERENCE.wpd

1