UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

```
BEATA KUREK, et al.,        )
                            )
        Plaintiff(s),       )   No. C09-4307 BZ
                            )
    v.                      )
                            )   ORDER RESCHEDULING
COUNTRYWIDE HOME LOANS, et  )   DISCOVERY CONFERENCE
al.,                        )
                            )
        Defendant(s).       )
_____)
```

In as much as Judge Laporte has scheduled a settlement conference for Thursday, October 28, 2010, at 9:30 a.m., **IT IS ORDERED** that the telephonic discovery conference scheduled for 9:00 a.m. is **VACATED.** If the case does not settle, a discovery conference will be conducted following the settlement conference. The parties are **ORDERED** to proceed to chambers and I will meet with them as soon as I am available.

Dated: October 26, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\KUREK V. COUNTRYWIDE\ORDER VACATING 10.28 PHONE CONFERENCE.wpd

1