UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KUREK ET AL

       Plaintiff(s),                          No. C 09-04307 BZ (EDL)

  v.                                  ORDER DENYING REQUEST
                                      TO EXCUSE ATTENDANCE
                                      AT SETTLEMENT CONFERENCE

COUNTRYWIDE HOME LOANS, INC. ET AL

       Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL AND PARTIES OF RECORD:

By facsimile dated October 26, 2010, counsel for Defendant IZT Mortgage and IZT Mortgage's representative Zoran Trajanovich requested to be excused from personally appearing at the settlement conference scheduled for October 28, 2010.

Upon consideration of the request, the Court denies the request to excuse personal attendance. Therefore, it is hereby ORDERED that counsel for IZT Mortgage and IZT's representative Zoran Trajanovich appear at the settlement conference in person scheduled on October 28, 2010 at 9:30 a.m. Pacific Standard Time.

SO ORDERED.

Dated: October 26, 2010

                                                           *Elizabeth D. Laporte*
                                                           ELIZABETH D. LAPORTE
                                                           United States Magistrate Judge