Duane Light, SBN 169467
**LAW OFFICE OF DUANE LIGHT**
633 San Anselmo Ave., Suite B
San Anselmo, California 94960
Tel:  415-225-5221
Fax: 775-637-5707
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATA KUREK and CHRISTIAN KUREK, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTRYWIDE HOME LOANS, INC. et al, <br><br> Defendants. | CASE NO. CV 09-04307 BZ <br><br> **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** |

Notice is hereby given, subject to approval by the court, Beata Kurek and Christian Kurek substitute Aaron Duane Light, State Bar No. 169467 as counsel of record in place of Beata Kurek and Christian Kurek.

Contact information for new counsel is as follows:

    Firm Name:      LAW OFFICE OF DUANE LIGHT
    Address:        633 San Anselmo Avenue, Suite B, San Anselmo, CA 94960
    Telephone:      (415) 225-5221
    Facsimile:      (775) 637-5707
    E-Mail:         dlight777@yahoo.com

I consent to the above substitution.              /S/  Beata Kurek
Date:  11/5/2010                                   /S/  Christian Kurek

I consent to being substituted.                   /S/  Beata Kurek
Date:  11/5/2010                                   /S/  Christian Kurek

I consent to the above substitution.  I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Date:  11/5/2010                                   /S/  Aaron Duane Light

The substitution of attorney is hereby approved and so ORDERED.

Date:  November 10, 2010                          _____
                                                   Judge Bernard Zimmerman

*IT IS SO ORDERED*

CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY