UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATA KUREK, et al.,<br><br>    Plaintiff(s),<br><br>  v.<br><br>COUNTRYWIDE HOME LOANS, et al.,<br><br>    Defendant(s). | No. C09-4307 BZ<br><br>**ORDER GRANTING MOTION TO WITHDRAW NUNC PRO TUNC** |

    On October 15, 2010, Joseph W. Strella, attorney for defendant IZT Mortgage Corporation dba Ameritech, filed a motion to withdraw as counsel on behalf of himself, P. Christian Scheley, and their law firm Clapp, Moroney, Bellagamba, Vucinich, Beeman & Scheley (collectively "Strella").

    Having considered the moving papers, and having received no opposition from Ameritech or the other parties, **IT IS HEREBY ORDERED** that Mr. Strella's motion to withdraw as counsel for Ameritech is **GRANTED** conditionally.  Ameritech has failed to pay for his services, has ignored counsel's repeated attempts to communicate, and has had sufficient notice that

1

counsel intended to withdraw.

Mr. Strella is granted a conditional withdrawal pursuant to Civil Local Rule 11-5(b).  While Mr. Strella is relieved of his responsibilities as counsel for Ameritech, papers for Ameritech may continue to be served on him, until Ameritech appears by other counsel.

Given that Ameritech, as a corporation, cannot represent itself, (<u>Rowland v. California Men's Colony</u>, 506 U.S. 194, 201-202 (1993); Civil L.R. 3-9(b)), **IT IS HEREBY ORDERED** that Ameritech must obtain new counsel.  If substitute counsel do not file a general appearance by **January 14, 2011**, Ameritech's default will be entered.  Mr. Strella must serve this order on Ameritech and inform it about the repercussions for failing to obtain alternate counsel.

Dated: December 15, 2010

*[signature]*
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\KUREK V. COUNTRYWIDE\ORDER GRANTING DEF'S MOT TO WITHDRAW (CORRECTED VERSION).wpd