1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10
     BEATA KUREK, et al.,              )
11                                     )
                Plaintiff(s),          )      No. C09-4307 BZ
12                                     )
          v.                           )
13                                     )
     COUNTRYWIDE HOME LOANS, et        )
14   al.,                              )
                                       )
15              Defendant(s).          )
                                       )      No. C10-2155 BZ
16   BEATA KUREK and CHRISTIAN         )
     KUREK,                            )
17                                     )
                Plaintiff(s),          )
18                                     )      **ORDER SCHEDULING STATUS**
          v.                           )      **CONFERENCE**
19                                     )
     AMERICA'S WHOLESALE LENDER,       )
20   et al.,                           )
                                       )
21              Defendant(s).          )
     _____)
22

23          In view of what appears to be a partial settlement in

24   Kurek v. Countrywide, C09-4307, **IT IS HEREBY ORDERED** that a

25   status conference be scheduled in both of these cases to

26   discuss their trial status, on **May 24, 2011 at 4:00 p.m.,** in

27   Courtroom G, 15th Floor, Federal Building, 450 Golden Gate

28   Avenue, San Francisco, California 94102.  The parties shall

                                      1

1    file a joint status statement by **May 20, 2011**.

2    Dated: May 12, 2011

3

4                             Bernard Zimmerman
                        United States Magistrate Judge

5    G:\BZALL\-BZCASES\KUREK V. COUNTRYWIDE\ORDER SETTING STATUS CONFERENCE.wpd

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28