1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11   BEATA KUREK and CHRISTIAN   )
     KUREK,                       )        No. C 09-4307 BZ
12                               )
              Plaintiff(s),      )
13                               )        **ORDER FOR ENTRY OF DEFAULT
        v.                       )        AGAINST DEFENDANT IZT
14                               )        MORTGAGE CORPORATION**
                                 )
15   COUNTRYWIDE HOME LOANS, et   )
     al.,                        )
16            Defendant(s).      )
                                 )
17   _____)

18        On December 15, 2010, I ordered defendant IZT Mortgage

19   Corporation dba Ameritech to obtain new counsel by January 14,

20   2011 or else its default would be entered.  Ameritech has not

21   obtained new counsel; **IT IS THEREFORE ORDERED** that Ameritech's

22   answer is stricken and the Clerk shall enter Ameritech's

23   default.

24   Dated: May 25, 2011

25                          _____
                                 Bernard Zimmerman
26                          United States Magistrate Judge

27   G:\BZALL\-BZCASES\KUREK V. COUNTRYWIDE\ENTRY OF DEFAULT AGAINST IZT.wpd

28

                                  1