UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEATA KUREK, et al.,

        Plaintiff(s),     No. C09-4307 BZ

   v.

COUNTRYWIDE HOME LOANS,     **ORDER REQUIRING STATUS REPORT**

        Defendant(s).

**IT IS HEREBY ORDERED** that counsel for plaintiff file a report on the status of the case, or file an appropriate dismissal if the plaintiff no longer wishes to pursue the case, by **March 9, 2012**.

Dated: February 24, 2012

                        Bernard Zimmerman
                    United States Magistrate Judge

G:\BZALL\-BZCASES\KUREK V. COUNTRYWIDE\ORDER REQUIRING STATUS REPORT.wpd

1